UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANNY SMITH,<br><br>    Petitioner,<br><br> v.<br><br>LAWRENCE G. WASDEN, Idaho Attorney General, and BRENT REINKE, Director of the Idaho Department of Correction,<br><br>    Respondents. | Case No. 4:08-cv-00227-EJL<br><br>**JUDGMENT** |

  Based on the Court's Memorandum Decision and Order dated March 28, 2011, and the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice and Petitioner shall take nothing from Respondents.

DATED: **March 14, 2012**

~~Honora~~ble Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**