UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANNY SMITH,<br><br>              Petitioner,<br><br>v.<br><br>LAWRENCE G. WASDEN, Idaho Attorney General, and BRENT REINKE, Director of the Idaho Department of Correction,<br><br>              Respondents. | Case No. 4:08-cv-00227-EJL<br><br>**ORDER** |

      This case was remanded to this Court from the United States Court of Appeals for the Ninth Circuit with directions to order the State to provide Petitioner with Detective Rodriguez's file, or to show cause why it cannot provide the file, pursuant to this Court's February 22, 2010 discovery order. (Dkts. 122, 43.) Accordingly, **IT IS ORDERED** that, on or before **January 17, 2014**, Respondent Lawrence Wasden shall provide Petitioner with a copy of Detective Rodriguez's file and shall file a notice of compliance with the Clerk of Court, or show cause in a written response to this Order why he cannot provide the file.

**ORDER - 1**

SO ORDERED.



DATED: **December 18, 2013**

_____
~~Honora~~ble Edward J. Lodge
U. S. District Judge

**ORDER - 2**